Kang Lu, M.D.
5753 Highway 85 North
Crestview Florida [32536]
LibertyWithoutLicense@gmail.com
Cell Phone: 850-517-1010

United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston Massachusetts, 02210
Main Number: 617-748-9152

23 September 2020

Dear Clerk of the Court Mr. Robert M. Farrell:

I wish to VOLUNTARILY WITHDRAW OR RECALL my lawsuit sent to the United States District Court for the District of Massachusetts, captioned <u>Kang Lu v. Maura Healey</u>. This lawsuit was sent on Monday 9/21 and expected to arrive Wednesday 9/23, and sent with USPS Priority Mail tracking number 9505 5121 0261 0265 5797 91.

In addition, it is my wish to have the $400 filing fee returned to me. If you have any questions, concerns or other request, I may be reached by telephone or email. This matter was discussed with Mr. Douglas Warnok on 9/23/2020. Thank you!

Very respectfully submitted,

*[signature: Kang Lu]*

Kang Lu, M.D. plaintiff *in propia persona.*

9/23/2020
Date.

Address:  5753 Highway 85 North
          Crestview Florida 32536
E-Mail:   LibertyWithoutLicense@gmail.com
Phone:    850-517-1010

*[Filed stamp: FILED IN CLERK'S OFFICE 2020 SEP 25 PM 12:46 U.S. DISTRICT COURT DISTRICT OF MASS.]*